NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7110

PHILIP D. MUNRO,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 07-0083, Judge Robert N. Davis.

ON MOTION

ORDER

Upon consideration of the Secretary of Veterans Affairs' motion for a 30-day

extension of time, until December 23, 2009, to file his brief,

IT IS ORDERED THAT:

The motion is granted. Further extensions should not be anticipated.

FOR THE COURT

DEC 11 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
Meredyth Cohen Havasy, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 1 2009

JAN HORBALY
CLERK